# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WENDY JEAN HAJJAR

VERSUS

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AGRICULTURAL AND MECHANICAL
COLLEGE, BOARD OF SUPERVISORS
FOR THE UNIVERSITY OF
LOUISIANA SYSTEM, UNIVERSITY
OF NEW ORLEANS, ABC INSURANCE
COMPANY, DEF INSURANCE
COMPANY, AND GHI INSURANCE
COMPANY

NO.  2022 CW 0647

SEPTEMBER 12, 2022

---

In Re:    The  Board  of  Supervisors  for  the  University  of
          Louisiana System, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 616297.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

   **STAY DENIED; WRIT GRANTED.**  The trial court's June 6, 2022
judgment,  which  granted  the  Motion  to  Set  Aside  Order  of
Dismissal  filed  by  plaintiff,  Wendy  Jean  Hajjar,  is  reversed.
An action is abandoned when the parties fail to take any step in
its  prosecution  or  defense  in  the  trial  court  for  a  period  of
three  years.  La.  Code  Civ.  P.  art.  561(A)(1).  Abandonment  is
self-executing;  it  occurs  automatically  with  the  passing  of
three years without a step being taken by either party. See La.
Code  Civ.  P.  art.  561  (A)(1)  and  (3).  The  December  27,  2018
Notice  of  Intent  and  Motion  to  Fix  Time  for  Filing  of
Supervisory  Writ,  which  was  filed  by  defendant,  the  Board  of
Supervisors  for  the  University  of  Louisiana  System  ("the
Board"),  and  sought  review  of  the  trial  court's  denial  of  its
Motion  for  Summary  Judgment,  was  the  last  step  taken  in  the
trial court towards the prosecution of this matter.  We find the
Board's pending writ applications did not prohibit the parties
from taking steps in the prosecution or defense of the action in
the trial court, as there was no stay order in effect while the
writs were pending.  See e.g. **Edwards, Jr. v. Chrysler Motor
Co., Inc.,** 2007-0326 (La. App. 1st Cir. 2/8/08), 984 So.2d 85;
**Martin v. National City Mortgage Co.,** 52,371 (La. App. 2d Cir.
11/14/18),  261  So.3d  144,  writ  denied,  2018-2046  (La.  2/11/19),
263 So.3d 435.  Thus, the action filed by plaintiff, Wendy Jean
Hajjar,  abandoned  on  December  27,  2021,  by  operation  of  law.
Accordingly, the Motion to Set Aside Order of Dismissal filed by
plaintiff, Wendy Jean Hajjar, is denied.

                           **JEW**
                           **AHP**
                           **WIL**


COURT OF APPEAL, FIRST CIRCUIT


_____
     DEPUTY CLERK OF COURT
        FOR THE COURT